JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>FBI,<br><br>    Respondent. | Case No. EDCV 17-2191 JFW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Summarily Dismissing First Amended Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: November 27, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE